## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| L.T.E. RAIL SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CANADIAN PACIFIC KANSAS CITY f/k/a | ) |
| CANADIAN PACIFIC RAILWAY | ) |
| LIMITED, CANADIAN PACIFIC | ) |
| RAILWAY, INC, and CENTRAL MAINE & | ) |
| QUEBEC RAILWAY US, INC. d/b/a | ) |
| CANADIAN PACIFIC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No. 1:23-cv-00350-JAW

## PARTIES' JOINT STATUS REPORT

NOW COMES Plaintiff L.T.E. Rail Services, Inc., ("L.T.E" or "Plaintiff") and Defendants Canadian Pacific Kansas City f/k/a/ Canadian Pacific Railway Ltd. ("CPKC") and Central Maine & Quebec Railway US, Inc. d/b/a Canadian Pacific ("CMQR") (collectively the "Defendants") (collectively, the "Parties"), by and through the Parties' undersigned counsel, hereby inform the Court of the current status of the above-captioned matter as follows:

1.  The Parties have reached settlement with regard to this action.

2.  However, due to Plaintiff's point of contact suffering a terrible family loss, finalization and execution of the settlement agreement has been delayed.

3.  In light of the Parties' agreement of the settlement terms, the Parties request that Defendant CPKC's deadline to reply to Plaintiff's Objection to CPKC's Motion to Dismiss and Defendant CMQR's deadline to file an objection to Plaintiff's Motion to Dismiss CMQR's Counterclaims be stricken.

Dated: April 17, 2024                                 Respectfully submitted,


By: __/s/Jani K. Mikel_____
Jeffrey J. Mayer (*admitted pro hac vice*)           By: __/s/ Jackson T. Kennedy_____
Jani K. Mikel (*admitted pro hac vice*)              Andrew W. Davis
Akerman LLP                                          Jackson T. Kennedy
71 S. Wacker Dr., Ste. 4700                          Stinson LLP
Chicago, IL 60606                                    50 South Sixth Street, Suite 2600
(312) 634-5700                                       Minneapolis, MN 55402
jeffrey.mayer@akerman.com                            (612) 335-1556
jani.mikel@akerman.com                               andrew.davis@akerman.com
                                                     jackson.kennedy@stinson.com

*Counsel for Plaintiff*
                                                     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Jani K. Mikel, hereby certify that on April 17, 2024, I caused the foregoing document

to be electronically filed with the Clerk using the CM/ECF system, which will send notification

of such filing to all persons registered for ECF in this matter.


_/s/   Jani K. Mikel_____
Jani K. Mikel