# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| L.T.E. RAIL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANADIAN PACIFIC KANSAS CITY f/k/a CANADIAN PACIFIC RAILWAY LIMITED, CANADIAN PACIFIC RAILWAY, INC, and CENTRAL MAINE & QUEBEC RAILWAY US, INC. d/b/a CANADIAN PACIFIC, <br><br> Defendants. | Case No. 1:23-cv-00350-JAW |

## STIPULATION TO DISMISS

It is hereby stipulated between L.T.E. Rail Services, Inc., ("Plaintiff"), and Canadian Pacific Kansas City f/k/a Canadian Pacific Railway Limited, Canadian Pacific Railway, Inc., and Central Maine & Quebec Railway US, Inc. d/b/a Canadian Pacific ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 11th day of December, 2024.

By: __/s/ Jani K. Mikel____
Jeffrey J. Mayer (*admitted pro hac vice*)
Jani K. Mikel (*admitted pro hac vice*)
Akerman LLP
71 S. Wacker Dr., Ste. 4700
Chicago, IL 60606
(312) 634-5700
jeffrey.mayer@akerman.com
jani.mikel@akerman.com

***Counsel for Plaintiff***

By: __/s/ Andrew W. Davis____
Andrew W. Davis
Jackson T. Kennedy
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1556
andrew.davis@akerman.com
jackson.kennedy@stinson.com

***Counsel for Defendants***